Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter 11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Pinnacle Foods of California LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — **83-2101611**

**4. Debtor's address**

**Principal place of business**

**764 P. St., Ste 105**
**Fresno, CA 93721**
Number, Street, City, State & ZIP Code

**Fresno**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**(1) Store Franchise #: 10775 located at 5135 N. Cedar Avenue, Fresno.**
**(2) Store Franchise #: 12070 located at 5227 E. Kings Canyon Road, Fresno.**
**(3) Store Franchise #: 12256 located at 3004 N. Blackstone Avenue, Fresno.**
**(4) Store Franchise #: 10567 located at 4416 W. Shaw Avenue, Fresno.**
**(5) Store Franchise #: 3351 located at 3110 E. McKinley Avenue, Fresno.**
**(6) Store Franhise #: 12135 located at 3295 Palm Avenue, San Diego.**
**(7) Store Franchise #: 13544 located at 775 N. Golden State Blvd., Turlock.**
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check **all** that apply*:

- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

Debtor **Pinnacle Foods of California LLC** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment** Relationship
District When Case number, if known

**11. Why is the case filed in *this district?***

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency
  Contact name
  Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [x] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor **Pinnacle Foods of California LLC**
Name

Case number (*if known*) ______________________

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/22/2024
MM / DD / YYYY

X ______________________
Signature of authorized representative of debtor

**Imran Damani**
Printed name

Title **President**

**18. Signature of attorney**

X ______________________
Signature of attorney for debtor

Date 04/22/2024
MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone **(310) 271-6223** Email address **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number (*if known*) Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **California QSR Management Inc.** | | | Relationship to you | **Common Ownership; Management Company for Pinnacle Foods.** |
| District | **Eastern District of California Bankruptcy Court** | When | **4/22/2024** | Case number, if known | |
| Debtor | **Tyco Group LLC** | | | Relationship to you | **Common Ownership** |
| District | **Eastern District of California Bankruptcy Court** | When | **4/22/2024** | Case number, if known | |

Fill in this information to identify the case:

Debtor name Pinnacle Foods of California LLC

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ______
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/22/2024 X [signature]

Signature of individual signing on behalf of debtor

**Imran Damani**

Printed name

**President**

Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): ______________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Andy Mau Ahn Lu & Trang Bich Lu c/o Northstar Management 7108 N. Fresno Street, Ste 370 Fresno, CA 93720 | | Delinquent rent for 3351 E. McKinley Avenue, Fresno | | | | $15,633.64 |
| Backd/Austin Business Finance 2101 S 135 Frontage Rd., Suite 400 Austin, TX 78741 | | Loan | Contingent Unliquidated | $403,846.00 | $0.00 | $403,846.00 |
| Chase 800 Brooksedge Blvd Westerville, OH 43081 | | Credit Card | | | | $1,464.00 |
| Franchise Tax Board Bankruptcy Section MS: A-340 PO Box 2952 Sacramento, CA 95812-2952 | | Unpaid Taxes | | | | $5,235.38 |
| Internal Revenue Service P O Box 7346 Philadelphia, PA 19101-7346 | | Unpaid Taxes | Unliquidated | | | $3,360.00 |
| Mulcahy Carrillo LLP 4 Park Plaza, Suite 1950 Irvine, CA 92614 | | Legal Fees | Disputed | | | $701,357.00 |

Debtor Pinnacle Foods of California LLC
Name

Case number (*if known*)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Parnucci, LLC c/o Chielpegian Cobb, LLP 5200 N. Palm Avenue, Ste 201 Fresno, CA 93704 | | Delinquent rent and property taxes for 1160 Fresno Street, Fresno | | | | $21,591.00 |
| Popeyes Louisiana Kitchen, Inc. c/o Heileen Bell, Senior Counsel 5707 Blue Lagoon Drive Miami, FL 33126 | | Royalty fees, advertising fund fees, and other fees due to PLKI for Popeyes Restauants (#3351, 10567, 10775, 12070, 12256, and 13544) | | | | $118,035.64 |
| RC Gray Family Ltd. Partnership c/o Wild, Carter & Tipton Attn: Michael C. Titus, Esq. 246 W. Shaw Avenue Fresno, CA 93704 | | Delinquent rent for 5135 N. Cedar Avenue, Fresno, CA | | | | $22,722.85 |
| Signature Financial & Leasing LLC 225 Broadhallow Road, Suite 132W Melville, NY 11747 | | Assets of the Debtor | Contingent Unliquidated Disputed | $623,591.00 | $0.00 | $623,591.00 |
| Signature Financial & Leasing LLC 225 Broadhallow Road, Suite 132W Melville, NY 11747 | | Assets of the Debtor | Contingent Unliquidated Disputed | $2,385,875.00 | $1,987,748.00 | $398,127.00 |
| U.S. Small Business Administration Office of General Counsel - LADO Attn: Anne C. Manalili 312 N. Spring St. 5th Floor Los Angeles, CA 90012 | | EIDLLoan | Contingent Unliquidated | | | $150,000.00 |
| West Shaw Partners, LLC Tomassian, Pimentel & Shapazian 3419 W. Shaw Avenue Fresno, CA 93711 | | Delinquent rent for 4416 W Shaw Avenue, Fresno, CA. | | | | $19,904.60 |

Fill in this information to identify the case:

Debtor name **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | 1,550,000.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | 527,748.00 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | 2,077,748.00 |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ | 3,450,682.84 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | 8,595.38 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | 1,050,708.73 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 4,509,986.95 |



Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Fill in this information to identify the case:

Debtor name **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking account** | **1829** | **$4,997.00** |
| 3.2. | **Citizens Bank** | **Checking account** | **1058** | **$197,211.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$202,208.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. **Security deposits with the landlords:**
**(1) West Shaw Partners: $3,059**
**(2) 3004 Blackstone: $9,450**
**(3) 3004 Blackstone: $9,450**
**(4) RC Gray: $4,038**
**(5) Fletcher: $6,000**
**(6) Andy Mau and Anh Lu: $2,993** — **$25,540.00**

Debtor **Pinnacle Foods of California LLC** Case number *(If known)*
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** **$25,540.00**
Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

- [x] No. Go to Part 4.
- [ ] Yes Fill in the information below.

## Part 4: Investments

**13. Does the debtor own any investments?**

- [x] No. Go to Part 5.
- [ ] Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- [x] No. Go to Part 6.
- [ ] Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- [x] No. Go to Part 7.
- [ ] Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- [ ] No. Go to Part 8.
- [x] Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Equipment and Fixtures (cooking equipment for all 6 restaurants, dining tables, chairs)** | | Liquidation | $210,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$210,000.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- [x] No

Debtor **Pinnacle Foods of California LLC** Case number *(If known)*
Name

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 8: Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

**The Debtor is a party to six lease agreements, details for which are summarized on Schedule G.**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **3004 N. Blackstone Avenue, Fresno, CA 93703. Debtor owns the building/structure and has a Ground Lease Agreement with 3004 Blackstone LLC. The structure is a commercial restaurant with drive-thru. APN: 463-060-24. The value of the property is estimated.** | **100% fee simple** | | | **$780,000.00** |
| 55.2. **5227 E. Kings Canyon Road, Fresno, CA 93727. Debtor owns the building/structure and has a Ground Lease Agreement with 3004 Blackstone LLC. The structure is a commercial restaurant with drive-thru. APN: 445-031-36. The value of the property is estimated.** | **100% fee simple** | | | **$770,000.00** |

56. **Total of Part 9.** **$1,550,000.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties**<br>**Debtor owns franchise licenses for the following Popeyes Restaurants (cannot be sold; can only be transferred with Popeyes' consent)**<br>**(1) Store Franchise #: 10775 located at 5135 N. Cedar Avenue, Fresno.**<br>**(2) Store Franchise #: 12070 located at 5227 E. Kings Canyon Road, Fresno.**<br>**(3) Store Franchise #: 12256 located at 3004 N. Blackstone Avenue, Fresno.**<br>**(4) Store Franchise #: 10567 located at 4416 W. Shaw Avenue, Fresno.**<br>**(5) Store Franchise #: 3351 located at 3110 E. McKinley Avenue, Fresno.**<br>**(6) Store Franhise #: 12135 located at 3295 Palm Avenue, San Diego.**<br>**(7) Store Franchise #: 13544 located at 775 N. Golden State Blvd., Turlock.** | | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **Unknown**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No

Debtor **Pinnacle Foods of California LLC** Case number *(If known)*
Name

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Pinnacle Foods of California, LLC v. Popeyes Louisiana Kitchen, Inc.**
**Case pending in the United States District Court for the Southern District of Florida, Miami Division**
**Case No.: 21-CV-21555-Martinez/Becerra** — **Unknown**

**Nature of claim**
**Amount requested** **Unknown**

**Pinnacle Foods of California, LLC, et al. v. Popeyes Louisiana Kitchen, Inc., et al.**
**Case pending in the Superior Court of California, Case No.: 21STCV35404**
**Debtor is represented by Joseph J. Gigliotti with Gigliotti & Gigliotti, LLP.** — **Unknown**

**Nature of claim** **Cal. Franchise Relations Act; Intentional Interference with Contract, et al.**
**Amount requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor **Pinnacle Foods of California LLC** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $202,208.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,540.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $210,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......> | | $1,550,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $437,748.00 | + 91b. $1,550,000.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 **$1,987,748.00**

Fill in this information to identify the case:

Debtor name **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.1 Backd/Austin Business Finance**
Creditor's Name

**2101 S 135 Frontage Rd., Suite 400**
**Austin, TX 78741**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/27/2023**

**Last 4 digits of account number**
**3938**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's assets subject to the UCC-1 Financing Statement**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

Column A: **$403,846.00** | Column B: **$0.00**

**2.2 Fresno County Tax Collector**
Creditor's Name

**2281 Tulare Street**
**Hall of Records, Room 105**
**PO Box 1192**
**Fresno, CA 93715-1192**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2023 -2024**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**5227 E. Kings Canyon Road, Fresno, CA 93727. Debtor owns the building/structure and has a Ground Lease Agreement with 3004 Blackstone LLC. The structure is a commercial restaurant with drive-thru. APN: 445-031-36. The value of the property is estimated.**

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$18,387.94** | Column B: **$770,000.00**

6024

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Fresno County Tax Collector**
Creditor's Name

**2281 Tulare Street**
**Hall of Records, Room 105**
**PO Box 1192**
**Fresno, CA 93715-1192**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2023 - 2024**

Last 4 digits of account number
**3136**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**3004 N. Blackstone Avenue, Fresno, CA 93703. Debtor owns the building/structure and has a Ground Lease Agreement with 3004 Blackstone LLC. The structure is a commercial restaurant with drive-thru. APN: 463-060-24. The value of the property is estimated.**

Describe the lien
**Property Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,982.90** **$780,000.00**

---

**2.4** **Signature Financial & Leasing LLC**
Creditor's Name

**225 Broadhallow Road, Suite 132W**
**Melville, NY 11747**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/2/2020**

Last 4 digits of account number
**0723**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Assets of the Debtor subject to UCC-1 Financing Statement**

Describe the lien
**Developmental Loan / UCC-1 Statement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**$2,385,875.00** **$1,987,748.00**

---

**2.5** **Signature Financial & Leasing LLC**

Describe debtor's property that is subject to a lien

**$623,591.00** **$0.00**

Debtor **Pinnacle Foods of California LLC** Case number (if known)
Name

Creditor's Name

**225 Broadhallow Road,**
**Suite 132W**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/2/2021**

**Last 4 digits of account number**
**6003**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Assets of the Debtor subject to UCC-1 Financing Statement**

**Describe the lien**
**Development loan for the 7th location**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$3,450,682.84**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Backd/Austin Business Finance**<br>**Attn: Charissa Saayman, Payment Manager**<br>**1949 S. IH-35 Frontage Rd, Ste 400**<br>**Austin, TX 78741** | Line **2.1** | |
| **Flagstar Financial & Leasing**<br>**c/o Signature Financial & Leasing LLC**<br>**Attn: David McGowan, Vice President**<br>**100 Duffy Avenue, Ste 402**<br>**Ackermanville, PA 18010** | Line **2.4** | |

Fill in this information to identify the case:

Debtor name **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section MS: A-340**<br>**PO Box 2952**<br>**Sacramento, CA 95812-2952**<br><br>Date or dates debt was incurred<br>**2021 - 2023**<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**unpaid taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$5,235.38** | **$5,235.38** |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$3,360.00** | **$3,360.00** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor **Pinnacle Foods of California LLC** Case number (if known) ____
Name

**3.1** **Nonpriority creditor's name and mailing address**
**Andy Mau Ahn Lu & Trang Bich Lu**
**c/o Northstar Management**
**7108 N. Fresno Street, Ste 370**
**Fresno, CA 93720**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply* **$15,633.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Delinquent rent for 3351 E. McKinley Avenue, Fresno
Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
**Chase**
**800 Brooksedge Blvd**
**Westerville, OH 43081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2384

**As of the petition filing date, the claim is:** *Check all that apply* **$1,464.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Credit Card
Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
**Mulcahy Carrillo LLP**
**4 Park Plaza, Suite 1950**
**Irvine, CA 92614**
**Date(s) debt was incurred** September 2022 - October 2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply* **$701,357.00**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Legal fees
Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
**Parnucci, LLC**
**c/o Chielpegian Cobb, LLP**
**5200 N. Palm Avenue, Ste 201**
**Fresno, CA 93704**
**Date(s) debt was incurred** 1/2024 - 4/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply* **$21,591.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Delinquent rent and property taxes for 1160 Fresno Street, Fresno
Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
**Popeyes Louisiana Kitchen, Inc.**
**c/o Heileen Bell, Senior Counsel**
**5707 Blue Lagoon Drive**
**Miami, FL 33126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply* **$118,035.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Royalty fees, advertising fund fees, and other fees due to PLKI for Popeyes Restaurants (#3351, 10567, 10775, 12070, 12256, and 13544)
Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
**RC Gray Family Ltd. Partnership**
**c/o Wild, Carter & Tipton**
**Attn: Michael C. Titus, Esq.**
**246 W. Shaw Avenue**
**Fresno, CA 93704**
**Date(s) debt was incurred** 2/2024 - 4/2024
**Last 4 digits of account number** n/a

**As of the petition filing date, the claim is:** *Check all that apply* **$22,722.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Delinquent rent for 5135 N. Cedar Avenue, Fresno, CA
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pinnacle Foods of California LLC** Case number (if known) ____
Name

**3.7** **Nonpriority creditor's name and mailing address**
**U.S. Small Business Administration**
**Office of General Counsel - LADO**
**Attn: Anne C. Manalili**
**312 N. Spring St. 5th Floor**
**Los Angeles, CA 90012**
**Date(s) debt was incurred** 7/24/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply* **$150,000.00**
■ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** EIDL Loan
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**West Shaw Partners, LLC**
**Tomassian, Pimentel & Shapazian**
**3419 W. Shaw Avenue**
**Fresno, CA 93711**
**Date(s) debt was incurred** 2023 - 2024
**Last 4 digits of account number** 3657

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,904.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Delinquent rent for 4416 W Shaw Avenue, Fresno, CA.
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **K4 Management**<br>**Attn: Jennifer Schuh, Property Mgr**<br>**677 W Palmdon Drive, Ste 107**<br>**Fresno, CA 93704** | Line 3.8<br>☐ Not listed. Explain ___ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 8,595.38 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,050,708.73 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,059,304.11 |

Fill in this information to identify the case:

Debtor name: **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Ground Land Lease (the building is owned by the Debtor) for the land known as 5227 E. Kings Canyon Rd., Fresno, CA 93727. The current monthly payments are $9,450, subject to an increase pursuant to the terms of the Ground Land Lease. The amount of the security deposit paid by the Debtor is $9,450. The lease has 4 Option Terms of 5 years each plus 1 Option Term of 4 years.** | **3004 Blackstone LLC**<br>**9700 Village Center Dr**<br>**Granite Bay, CA 95746** |
| State the term remaining | **3/29/2029** | |
| List the contract number of any government contract | | |

Debtor 1 Pinnacle Foods of California LLC
First Name Middle Name Last Name
Case number (if known)



## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Ground Land Lease (the building is owned by the Debtor) for the land commonly known as 3004 Blackstone Avenue, Fresno, CA 93703. The current monthly lease obligation is $9,450, subject to increase pursuant to the terms of the Ground Land Lease. The security deposit paid by the Debtor is $9,450. The lease contains 4 Option Terms of 5 Years each, plus 1 Option Term of 4 Years.** | **3004 Blackstone LLC**<br>**9700 Village Center Dr**<br>**Granite Bay, CA 95746** |
| | State the term remaining | **3/27/2029** | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises located at 3110 E. McKinley Avenue, Fresno, CA. The premises is used for operation of Popeyes restaurant. Monthly lease payments are $3,908.41. Security deposit: $2,993.00. The lease expired on 10/3/2023 without written renewal. The Debtor still occupies the property. The lease contains 2 option terms of five years each.** | **Andy Mau Ahn Lu & Trang Bich Lu**<br>**c/o Northstar Management, Inc.**<br>**7108 N. Fresno St Suite 370**<br>**Fresno, CA 93720** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor 1 Pinnacle Foods of California LLC
First Name Middle Name Last Name

Case number (if known)



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Ground Lease (vacant unimproved parcel) for the parcel located at 1160 Fresno Street, Fresno, CA 93706, and legally described as follows: Lots 1 to 4, inclusive in Block 5 of the Town of Fresno, according to the Map thereof recorded June 8, 1876, in Book 1, Page 2 of Plats, Records of said County. The lease commenced on 7/14/2020. The current monthly rent is $4,166.67, subject to increase pursuant to the Ground Lease. The tenant shall have five (5) options to extend the Ground Lease and each extension shall be for a five (5) year period. | Parnucci, LLC<br>c/o Chielpegian Cobb, LLP<br>5200 N. Palm Avenue, Ste 201<br>Fresno, CA 93704 |
| State the term remaining | 7/13/2040 | |
| List the contract number of any government contract | | |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | Franchise Agreement between Popeyes Louisiana Kitchen, Inc. ("Franchisor:) and Pinnacle Foods of California, LLC ("Franchisee") dated January 17, 2021 for 20 years for franchised restaurant located at 775 N. Golden State Blvd. Turlock, CA 95380. Initial franchise fee was $50,000. Royalty is 5% of weekly gross sales; advertising contribution is 4% of weekly gross sales. | Popeyes Louisiana Kitchen, Inc.<br>5707 Blue Lagoon Drive<br>Miami, FL 33126 |
| State the term remaining | January 16, 2041 | |
| List the contract number of any government contract | | |

Debtor 1 Pinnacle Foods of California LLC
First Name Middle Name Last Name

Case number (*if known*)



## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.6. State what the contract or lease is for and the nature of the debtor's interest

**Franchise Agreement between Popeyes Louisiana Kitchen, Inc. ("Franchisor:) and Pinnacle Foods of California, LLC ("Franchisee") for 20 years for franchised restaurant located at 5135 N. Cedar Avenue, Fresno, CA. The Initial franchise fee was $50,000. Royalty is 5% of weekly gross sales; advertising contribution is 4% of weekly gross sales.**

State the term remaining

List the contract number of any government contract

**Popeyes Louisiana Kitchen, Inc.**
**5707 Blue Lagoon Drive**
**Miami, FL 33126**

2.7. State what the contract or lease is for and the nature of the debtor's interest

**Franchise Agreement between Popeyes Louisiana Kitchen, Inc. ("Franchisor:) and Pinnacle Foods of California, LLC ("Franchisee") for 20 years for franchised restaurant located at 5227 E. Kings Canyon Rd., Fresno, CA 93727. The iInitial franchise fee was $50,000. Royalty is 5% of weekly gross sales; advertising contribution is 4% of weekly gross sales.**

State the term remaining

List the contract number of any government contract

**Popeyes Louisiana Kitchen, Inc.**
**5707 Blue Lagoon Drive**
**Miami, FL 33126**

Debtor 1 Pinnacle Foods of California LLC Case number (*if known*)
First Name Middle Name Last Name



## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement between Popeyes Louisiana Kitchen, Inc. ("Franchisor:) and Pinnacle Foods of California, LLC ("Franchisee") for 20 years for franchised restaurant located at 3004 Blackstone Avenue, Fresno, CA 93703. The iInitial franchise fee was $50,000. Royalty is 5% of weekly gross sales; advertising contribution is 4% of weekly gross sales.** | |
| | State the term remaining | | **Popeyes Louisiana Kitchen, Inc.<br>5707 Blue Lagoon Drive<br>Miami, FL 33126** |
| | List the contract number of any government contract | | |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement between Popeyes Louisiana Kitchen, Inc. ("Franchisor:) and Pinnacle Foods of California, LLC ("Franchisee") for 20 years for franchised restaurant located at 3110 E. McKinley Avenue, Fresno, CA. The initial franchise fee was $50,000. Royalty is 5% of weekly gross sales; advertising contribution is 4% of weekly gross sales.** | |
| | State the term remaining | | **Popeyes Louisiana Kitchen, Inc.<br>5707 Blue Lagoon Drive<br>Miami, FL 33126** |
| | List the contract number of any government contract | | |

Debtor 1 Pinnacle Foods of California LLC Case number (*if known*)
First Name Middle Name Last Name



## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Franchise Agreement between Popeyes Louisiana Kitchen, Inc. ("Franchisor:) and Pinnacle Foods of California, LLC ("Franchisee") for 20 years for franchised restaurant located at 4416 W. Shaw Avenue, Fresno, CA. The initial franchise fee was $50,000. Royalty is 5% of weekly gross sales; advertising contribution is 4% of weekly gross sales.** | |
| | State the term remaining | | **Popeyes Louisiana Kitchen, Inc.<br>5707 Blue Lagoon Drive<br>Miami, FL 33126** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Gross Lease for premises located at 5135 N. Cedar Avenue, Fresno, CA. The premises is used for operation of a Popeyes restaurant. The current monthly lease obligation is $5,797.07, subject to an increase pursuant to the terms of the lease agreement. The Security deposit amount paid by the Tenant is $4,038.00. The lease contains an option to extend the lease for an additional 5 years.** | |
| | State the term remaining | **8/13/2027** | **RC Gray Family Ltd. Partnership<br>c/o Wild, Carter & Tipton<br>246 W. Shaw Avenue<br>Fresno, CA 93704** |
| | List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease agreement dated January 16, 2020 between Debtor ("Tenant") and Shiv Shakti Industrires, Inc.("Landlord") for 775 N. Golden State Blvd., Turlock, CA 95380. The rented premises includes 1,800 rentable sq. ft. and is used for operation of Popeyes restaurant. The lease term is for 15 years with 5 Option Terms of Five Years to extend the lease. The current monthly rent amount is $5,419, subject to increase pursuand to the terms of the Commercial lease agreement. The security deposit paid by the Debtor is $6,000. Option #1 for mos 1-60: $5,994; Option #2 for mos 61-120: $6,606; Option #3 for mos 121-180: $7,171; Option #4 mos 181-240: $7,992; and Option #5 mos 241-300: $8,784. NNN: 2020 estimate was $4.50/sf annual.** | |
| State the term remaining | **12/2035** | **Shiv Shakti Industries, Inc.<br>1110 Civic Center Blvd., Ste 102<br>Yuba City, CA 95993** |
| List the contract number of any government contract | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Triple Net Lease Agreement between Debtor ("Tenant") as assignee of Ashria, LLC, the previous tenant/assignor and West Shaw Partners, LLC (as successor in interest to KT THE CENTER FRESNO) ("Landlord") effective as of January 29, 2016, and amendments thereto and assignment of lease, with respect to the premises located at 4416 W. Shaw Avenue, Fresno, CA (the "Premises"). The leased Premises is appx. 1,910 sq. ft. The current monthly lease amount is $6,463.03, subject to change pursuant to the terms of the Commercial Lease Agreement. The security deposit amount paid is $3,059. The Tenant has 2 successive 5-year extension options. The premises is used to operate Popeyes restaurant.** | |
| | State the term remaining | **7/31/2026** | **West Shaw Partners, LLC<br>Tomassian, Pimentel & Shapazian<br>3419 W. Shaw Avenue<br>Fresno, CA 93711** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **California QSR Management Inc.** | **744 P. Street, Suite 311 Fresno, CA 93712** | **Signature Financial & Leasing LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.2 | **California QSR Management Inc.** | **744 P. Street, Suite 311 Fresno, CA 93712** | **Backd/Austin Business Finance** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.3 | **Imran Damani** | **764 P. St., Ste 105 Fresno, CA 93721** | **Signature Financial & Leasing LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |
| 2.4 | **Imran Damani** | **764 P. St., Ste 105 Fresno, CA 93721** | **Signature Financial & Leasing LLC** | ■ D **2.5**<br>☐ E/F<br>☐ G |
| 2.5 | **Tyco Group LLC** | **744 P. Street, Suite 311 Fresno, CA 93712** | **Signature Financial & Leasing LLC** | ■ D **2.4**<br>☐ E/F<br>☐ G |

Debtor **Pinnacle Foods of California LLC** Case number *(if known)*

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Imran Damani** | **1712 N. Beverly Glen Blvd.**<br>**Los Angeles, CA 90077** | **West Shaw Partners, LLC** | ☐ D<br>☐ E/F<br>■ G **2.13** |

Fill in this information to identify the case:

Debtor name **Pinnacle Foods of California LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) ______

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$180,000.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$540,000.00** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | **$476,684.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Debtor is preparing the list** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Imran Damani**<br>**764 P. St., Ste 105**<br>**Fresno, CA 93721**<br>**President** | **April 2023 - April 2024** | **$165,962.00** | **Insider Compensation** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Pinnacle Foods of California, LLC v. Popeyes Louisiana Kitchen, Inc.**<br>**21-cv-21555-Martinez/Becerra** | | **United States District Court For the Southern District of Florida**<br>**Miami Division**<br>**400 North Miami Avenue, Room 8N09**<br>**Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | West Shaw Partners LLC v. Pinnacle Foods of California LLC<br>24CECL03657 | Unlawful Detainer | Superior Court of California Fresno<br>1130 O Street<br>Fresno, CA 93721 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Pinnacle Foods of California, LLC, et al. v. Popeyes Louisiana Kitchen, Inc., et al.<br>21STCV35404 | Cal. Franchise Relations Act; Intentional Interference with Contract, et al. | Superior Court of California County of Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Pinnacle Foods of California LLC v. Chicken LLC | Business Litigation | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Pinnacle Foods of California LLC v. Popeyes Louisian Kitchen | Busines Litigation | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd, 6th Floor**<br>**Beverly Hills, CA 90212** | **$20,000.00 + $1,738.00 court filing fee** | **3/12/2024 and 3/15/2024** | **$21,738.00** |

**Email or website address**
**Michael.Berger@bankruptcypower.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **15060 Ventura Blvd., Suite 300**<br>**Sherman Oaks, CA 91403** | |
| 14.2. | **744 P St., Suite 311**<br>**Fresno, CA 93721** | |
| 14.3. | **764 P St., Suite 105**<br>**Fresno, CA 93721** | |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan
**Paychex Pooled Employer 401(k) Plan (Plan Administrator is Paychex Securities Corporation)**

**Employer identification number of the plan**
EIN:

Has the plan been terminated?
■ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| 25.1. **California QSR Management Inc.<br>744 P. Street, Suite 311<br>Fresno, CA 93712** | **California QSR Management Inc. is the operating entity for Debtor's 6 Popeyes Franchise restaurants and 1 Franchise Store for another related entity, Tyco Group, LLC, California QSR Management Inc. currently has approximately 156 employees working across the 7 Popeyes restaurants (6 for Pinnacle Foods of California and 1 for Tyco Group, LLC).** | EIN: **83-3634097**<br>From-To **2/19/2019 - present** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Rahim Accountancy Corp.<br>15060 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91403** | **2022 - 2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Rahim Accountancy Corp.<br>15060 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91403** | |
| 26c.2. **Imran Damani<br>764 P. St., Ste 105<br>Fresno, CA 93721** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Imran Damani | | President | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Imran Damani<br>764 P. St., Ste 105<br>Fresno, CA 93721<br>Relationship to debtor<br>Debtor's President and 100% owner | $165,962 | 4/20/23 - 4/20/24 | Insider Compensation |
| 30.2 | Anessa Asghar<br>764 P. St., Ste 105<br>Fresno, CA 93721<br>Relationship to debtor<br>Wife of Imran Damani | $2,307.69 | 12/2023 | Payroll |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Paychex Pooled Employer 401(k) Plan | EIN: |

Debtor **Pinnacle Foods of California LLC** Case number (if known) ______________

**Part 14: Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/22/2024

______________________________ **Imran Damani**
Signature of individual signing on behalf of the debtor Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re Pinnacle Foods of California LLC Case No.
Debtor(s) Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | $ | 20,000.00 |
| Prior to the filing of this statement I have received A RETAINER OF | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4/22/2024
*Date*

**Michael Jay Berger**
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

# United States Bankruptcy Court
## Eastern District of California

In re Pinnacle Foods of California LLC
Debtor(s)

Case No. 
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Imran Damani<br>764 P. St., Ste 105<br>Fresno, CA 93721 | common stocks | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Imran Damani, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 04/22/2024 Signature [signature]
Imran Damani

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re
Pinnacle Foods of California LLC

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.
- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.
- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: 04/22/2024

Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

3004 Blackstone LLC
9700 Village Center Dr
Granite Bay, CA 95746

Andy Mau Ahn Lu & Trang Bich Lu
c/o Northstar Management
7108 N. Fresno Street, Ste 370
Fresno, CA 93720

Andy Mau Ahn Lu & Trang Bich Lu
c/o Northstar Management, Inc.
7108 N. Fresno St Suite 370
Fresno, CA 93720

Backd/Austin Business Finance
2101 S 135 Frontage Rd., Suite 400
Austin, TX 78741

Backd/Austin Business Finance
Attn: Charissa Saayman, Payment Manager
1949 S. IH-35 Frontage Rd, Ste 400
Austin, TX 78741

California QSR Management Inc.
744 P. Street, Suite 311
Fresno, CA 93712

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Flagstar Financial & Leasing
c/o Signature Financial & Leasing LLC
Attn: David McGowan, Vice President
100 Duffy Avenue, Ste 402
Ackermanville, PA 18010

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Fresno County Tax Collector
2281 Tulare Street
Hall of Records, Room 105
PO Box 1192
Fresno, CA 93715-1192

Imran Damani
764 P. St., Ste 105
Fresno, CA 93721

Imran Damani
1712 N. Beverly Glen Blvd.
Los Angeles, CA 90077

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

K4 Management
Attn: Jennifer Schuh, Property Mgr
677 W Palmdon Drive, Ste 107
Fresno, CA 93704

Mulcahy Carrillo LLP
4 Park Plaza, Suite 1950
Irvine, CA 92614

Parnucci, LLC
c/o Chielpegian Cobb, LLP
5200 N. Palm Avenue, Ste 201
Fresno, CA 93704

Popeyes Louisiana Kitchen, Inc.
c/o Heileen Bell, Senior Counsel
5707 Blue Lagoon Drive
Miami, FL 33126

Popeyes Louisiana Kitchen, Inc.
5707 Blue Lagoon Drive
Miami, FL 33126

RC Gray Family Ltd. Partnership
c/o Wild, Carter & Tipton
Attn: Michael C. Titus, Esq.
246 W. Shaw Avenue
Fresno, CA 93704

RC Gray Family Ltd. Partnership
c/o Wild, Carter & Tipton
246 W. Shaw Avenue
Fresno, CA 93704

Shiv Shakti Industries, Inc.
1110 Civic Center Blvd., Ste 102
Yuba City, CA 95993

Signature Financial & Leasing LLC
225 Broadhallow Road, Suite 132W
Melville, NY 11747

Tyco Group LLC
744 P. Street, Suite 311
Fresno, CA 93712

U.S. Small Business Administration
Office of General Counsel - LADO
Attn: Anne C. Manalili
312 N. Spring St. 5th Floor
Los Angeles, CA 90012

West Shaw Partners, LLC
Tomassian, Pimentel & Shapazian
3419 W. Shaw Avenue
Fresno, CA 93711

# United States Bankruptcy Court
## Eastern District of California

In re Pinnacle Foods of California LLC
Debtor(s)

Case No.
Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Pinnacle Foods of California LLC in the above captioned action, certifies that the following is a corporation(s), other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**Imran Damani**
**764 P. St., Ste 105**
**Fresno, CA 93721**

☐ None [*Check if applicable*]

4/22/2024
Date

**Michael Jay Berger**
Signature of Attorney or Litigant
Counsel for **Pinnacle Foods of California LLC**

**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax:(310) 271-9805**
**michael.berger@bankruptcypower.com**