# RESOLUTION OF PINNACLE FOODS OF CALIFORNIA LLC AUTHORIZING THE FILING OF A CHAPTER 11 BANKRUPTCY PETITION

WHEREAS, PINNACLE FOODS OF CALIFORNIA LLC is not able to pay its debts as they come due; and

WHEREAS, PINNACLE FOODS OF CALIFORNIA LLC has authorized Imran Damani to hire attorney Michael Jay Berger to prepare and file a Chapter 11 Bankruptcy Petition for PINNACLE FOODS OF CALIFORNIA LLC, and to have Mr. Berger prepare and sign any additional documents needed in connection with said bankruptcy filing; and

WHEREAS, Imran Damani is the President of PINNACLE FOODS OF CALIFORNIA LLC. Mr. Damani is the Director and Managing Member of PINNACLE FOODS OF CALIFORNIA LLC.

NOW, THEREFORE:

IT IS HEREBY RESOLVED by PINNACLE FOODS OF CALIFORNIA LLC to file a Chapter 11 bankruptcy petition. Imran Damani and Michael Jay Berger are specifically authorized to file said Chapter 11 petition on behalf of PINNACLE FOODS OF CALIFORNIA LLC.

Dated: 4/22/24        PINNACLE FOODS OF CALIFORNIA LLC

By: _____
Imran Damani, its President/Managing Member