MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Proposed Attorneys for Debtor
Pinnacle Foods of California, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

In re

Pinnacle Foods of California, LLC,

Debtor-in-Possession.

CASE NO.: 2024-11015

DC No.: MJB-2

Chapter 11 (Subchapter V)

Date:  April 24, 2024
Time:  11:30 a.m.
Place: 2500 Tulare Street, Suite 2501
       Fresno, CA 93721

Judge: Hon. René Lastreto II

**EXHIBITS TO MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

| Exh. | Description | Pages |
|---|---|---|
| A | Proposed Budget | 1 |
| B | Proposed Order | 2 |
| C | UCC Search Dated April 23, 2024 | 1 |

Dated: April 23, 2024        LAW OFFICES OF MICHAEL JAY BERGER

                             By: /s/ Michael Jay Berger
                                 Michael Jay Berger
                                 Sofya Davtyan
                                 Proposed Attorneys for Debtor
                                 Pinnacle Foods of California, LLC

1

**EXHIBIT-A**

| 10-DAY EMERGENCY BUDGET FOR PINNACLE FOODS, CALIFORNIA QSR, AND TYCO | |
|---|---|
| Income | 10-Day Estimate |
| Sales Revenue (Combined - All Entities) | $ 350,000 |
| Funds In Bank Accounts (Combined - All Entities) | $ 330,000 |
| **TOTAL INCOME** | **$ 680,000** |

| Expenses | |
|---|---|
| **California QSR:** | **10-Day Estimate** |
| Food suppliers (US Foods & Freund Bakery) | $ 125,000 |
| Point of Sale/software provider (NCR) | $ 10,000 |
| Payroll (next submission due May 1st) | $ 155,000 |
| Maintenance & Repair (Misc vendors & suppliers) | $ 10,000 |
| Rent (rent payments due May 1st) | $ 1,795 |
| Insurance premiums, general & WC policies | $ 19,000 |
| Misc (gasoline, office & restaurant supplies, subscriptions, etc) | $ 8,000 |
| Merchant fees (credit card merchant accounts) | $ 6,000 |
| Royalties (Popeyes Louisiana Kitchen) | $ 45,000 |
| Utilities | $ 50,000 |
| Employee Food-handlers cards ($15 each x 150) | $ 2,250 |
| **Total** | **$ 429,795** |
| | |
| **Pinnacle Foods:** | |
| Payroll (next submission due May 1st) | $ 25,000 |
| Automobile & travel | $ 3,500 |
| Rent (rent payments due May 1st for 6 Popeyes restaurants) | $ 45,000 |
| **Total** | **$ 73,500** |
| | |
| **Tyco Group:** | |
| Rent (rent payments due May 1st) | $ 8,100 |
| Utilities | $ 10,000 |
| **Total** | **$ 18,100** |

| **TOTAL EXPENSES (ALL ENTITIES)** | **$ 521,395** |
|---|---|
| **NET INCOME (ALL ENTITIES)** | **$ 158,605** |

**EXHIBIT-B**

MICHAEL JAY BERGER (State Bar # 100291)
SOFYA DAVTYAN (State Bar # 259544)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Boulevard, 6th Floor
Beverly Hills, California 90212
T: 1.310.271.6223 | F: 1.310.271.9805
E-mail: Michael.Berger@bankruptcypower.com
E-mail: Sofya.Davtyan@bankruptcypower.com

Proposed Attorneys for Debtor
Pinnacle Foods of California, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2024-11015 |
| Pinnacle Foods of California, LLC, | DC No.: MJB-2 |
| | Chapter 11 (Subchapter V) |
| | Date: April 24, 2024<br>Time: 11:30 a.m.<br>Place: 2500 Tulare Street, Suite 2501<br>　　　　Fresno, CA 93721 |
| Debtor-in-Possession. | Judge: Hon. René Lastreto II |

# ORDER ON MOTION FOR AUTHORITY FOR INTERIM USE OF CASH COLLATERTAL

At Fresno, in the Eastern District of California.

The hearing on Debtor's Motion for Authority to Use Cash Collateral ("Motion") duly came on for hearing before the Court on April 24, 2024 at 11:30 a.m. At the hearing appearances was entered by Michael Jay Berger for the Debtor. Other appearances are as of the record.

Prior to the hearing the Court received and reviewed the Motion for Authority to Use Cash Collateral and the supporting documents.

The Court, having fully considered the matter and finding use of the subject

1

cash collateral is for and in the best interests of the estate, and good cause appearing,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Motion is granted.
2. The Debtor is permitted to use cash collateral on an interim basis in accordance with the budget attached to Debtor's Motion for the Subject Period.
3. As adequate protection for the Debtor's use of cash collateral, Secured Creditors shall have replacement liens in the Debtor's pre and post-petition assets of the same type and validity as are subject to valid pre-petition liens and security interest and with the same priority as the pre-petition liens and security interests.
4. The Secured Creditors liens upon, and security interests in, the replacement collateral shall be perfected without any other act or filing upon entry of this Order.
5. All rights to assert the protections and benefits of § 506 and 552 are preserved.
6. A continued hearing on the Motion will be held on _____, 2024 at \_\_\_\_ a.m./p.m.

IT IS SO ORDERED.

Dated:

Hon. René Lastreto II
Judge of the United States Bankruptcy Court

**EXHIBIT-C**

Business     UCC      Login

# UCC Search

*UCC Documents have been processed through: 04/15/2024*

**Disclaimer:** *This tool allows you to search the California Secretary of State's Uniform Commercial Code database for abstracts of information for lien notices that have been filed with this office. The UCC Search is updated as documents are filed. The data provided is not a complete or certified record.*

Pinnacle Foods of California, LLC

Advanced ⌄

Results: 3

| UCC Type | Debtor Information | File Number | Secured Party Info | Status | Filing Date | Lapse Date |
|---|---|---|---|---|---|---|
| | PINNACLE FOODS OF CALIFORNIA LLC - FRESNO, CA | 197696883067 | BYLINE BANK - BROOKFIELD, WI | Lapsed | 02/08/2019 | 02/08/2024 |
| | PINNACLE FOODS OF CALIFORNIA LLC - FRESNO, CA | U200023250723 | SIGNATURE FINANCIAL AND LEASING LLC - MELVILLE, NY | Active | 10/02/2020 | 10/02/2025 |
| | PINNACLE FOODS OF CALIFORNIA LLC - FRESNO, CA | U230076283938 | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE - SPRINGFIELD, IL | Active | 10/27/2023 | 10/27/2028 |

© 2024 CA Secretary of State